# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 15, 2023

## NO. 03-21-00524-CV

**Cobb Development and Vance Cobb, Appellants**

**v.**

**Timothy Francis McCabe, Appellee**

### APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, TRIANA AND THEOFANIS
### AFFIRMED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment signed by the trial court on September 30, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.